UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

FIVE STARS GLOBAL (GROUP) LTD.,

               Plaintiff,

- against -

SHINE STAR SEA-TRANSPORT PTE LTD.,

               Defendant.
------------------------------------------------------------X



Judge Berman

07 CIV 6696

07 Civ. _____

ECF CASE

RECEIVED
JUL 2 5 2007
U.S.D.C. S.D.N.Y.
CASHIERS

### DISCLOSURE OF INTERESTED PARTIES
### PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

               NONE.

Dated: July 24, 2007
       New York, NY

               The Plaintiff,
               FIVE STARS GLOBAL (GROUP) LTD.

               By: _____
               Charles E. Murphy (CM 2125)
               Nancy R. Peterson (NP 2871)
               Patrick F. Lennon (PL 2162)
               LENNON, MURPHY & LENNON, LLC
               The Gray Bar Building
               420 Lexington Ave., Suite 300
               New York, NY 10170
               (212) 490-6050
               facsimile (212) 490-6070
               cem@lenmur.com
               nrp@lenmur.com
               pfl@lenmur.com