CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
PK DRYCARGO S.R.I.,                          :
                                             :
                                             :
                  Plaintiff,                 :        **07-CV-6693 (AKH)**
                                             :
         v.                                  :        **NOTICE OF**
                                             :        **APPEARANCE**
SOTRAMP DENIZCILIK SANAYI VE TICARET :
A.S. and TORRIDON SHIPPING LIMITED,          :
                                             :
                                             :
                  Defendants.                :
-------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

  Please enter my appearance as counsel for Garnishee, Societe Generale New York

Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
   August 16, 2007

         CLARK, ATCHESON & REISERT
         Attorneys for Garnishee
         Societe Generale New York Branch

   By: _____
         Richard J. Reisert (RR-7118)
         7800 River Road
         North Bergen, NJ  07047
         Tel: (201) 537-1200
         Fax: (201) 537-1201
         Email:  reisert@navlaw.com