```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

FIVE STARS GLOBAL (GROUP) LTD.,

        Plaintiff,                    07 Civ. 06696 (RMB)

- against -                              ECF CASE

SHINE STAR SEA-TRANSPORT PTE LTD.,

        Defendant.

------------------------------------------------------------X

### NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from the Defendant that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a). **THE CLERK TO CLOSE THIS CASE.**

Dated: April 17, 2008
       Southport, CT

                                    The Plaintiff,
                                    FIVE STARS GLOBAL (GROUP) LTD.

                                    By: _____
                                    Nancy R. Peterson (NP 2871)
                                    LENNON, MURPHY & LENNON, LLC
                                    420 Lexington Ave., Suite 300
                                    New York, NY 10170
                                    Phone (212) 490-6050
                                    Fax (212) 490-6070
                                    nrp@lenmur.com

                                    SO ORDERED:

                                    _____
                                    Richard M. Berman
                                    U.S.D.J.
                                    4/18/08